UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXIA FRASER,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>SCHINDLER ELEVATOR CORPORATION,<br><br>                    Defendant. | 20 Civ. 5768 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled in this action for September 17, 2020, at 2:30 p.m. Given the ongoing pandemic, the Court believes it wise for the conference to take place telephonically. The Court therefore CONVERTS the scheduled conference to a telephonic conference. The dial-in instructions are as follows: At 2:30 p.m. the parties will dial (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 2:30 p.m.

    SO ORDERED.

Dated:  September 11, 2020
        New York, New York

                                                                  _____
                                                                     KATHERINE POLK FAILLA
                                                                     United States District Judge